IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY ALLEN SEARS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:13cv911-WHA |
| | ) | |
| ALA. BD. OF PARDONS AND | ) | |
| PAROLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On February 12, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 10).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice for failure of the plaintiff to file an amended complaint as directed by the orders of this court.

Done this the 11th day of March,  2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE